UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-81058-CIV-MIDDLEBROOKS/JOHNSON

CHANEL, INC., a New
York corporation,

        Plaintiff

v.

L&S FINE STERLING, INC., et al.,

        Defendants.
_____/

**CLOSED CIVIL CASE**

## ORDER

Having dismissed with prejudice this case subject to the settlement agreements that were reached between the Plaintiff and the Defendants in this case, it is hereby

ORDERED AND ADJUDGED that the Clerk of Court shall CLOSE this case. All pending motions are DENIED as MOOT.

DONE AND ORDERED in Chambers in West Palm Beach, Florida, this 14 day of July, 2008.

                                    DONALD M. MIDDLEBROOKS
                                    UNITED STATES DISTRICT JUDGE

Copies to counsel of record